18408. BANKERS LIFE & CASUALTY CO. *v.* CRAVEY, Comptroller-General.

PER CURIAM. An action brought under the Declaratory Judgments Act (Ga. L. 1945, p. 137), not being an equitable proceeding per se, must involve some phase of those cases listed in Code (Ann.) § 2-3704 in order to come within the jurisdiction of the Supreme Court on exceptions to the rulings of the lower court. The instant case, not involving a construction of the Constitution, but merely involving objections to its application, and not being in any manner an equity case, must be transferred to the Court of Appeals. Code (Ann.) §§ 2-3704, 2-3708; *Felton* v. *Chandler,* 201 *Ga.* 347 (39 S. E. 2d 654); *Maynard* v. *Thrasher,* 203 *Ga.* 280 (46 S. E. 2d 348).

*Transferred to the Court of Appeals. All the Justices concur, except Duckworth, C. J., not participating.*

ARGUED NOVEMBER 10, 1953—DECIDED NOVEMBER 12, 1953.

*Alex McLennan,* for plaintiff in error.

*Eugene Cook, Attorney-General, Lamar Sizemore, Assistant Attorney-General, B. D. Murphy,* contra.